**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Netanel Newberger
Direct E-Mail Address: netanelnewberger@mllaborlaw.com
Direct Dial: (516) 303-1356

August 19, 2015

Via ECF

Catherine O'Hagan Wolfe, Clerk
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:     National Labor Relations Board v. Canal Escorts, Inc.**
**          Case No.: 15-2002**

Dear Ms. Wolfe:

    We are counsel to Respondent, Canal Escorts, Inc. ("Respondent") in the above-entitled matter. Pursuant to Local Rule 31.2, Respondent respectfully requests a deadline of November 9, 2015, to file Respondent's Brief.

    Thank you for your attention.

                              Very truly yours,

                              /s/ Netanel Newberger
                              Milman Labuda Law Group PLLC
                              3000 Marcus Avenue, Suite 3W8
                              Lake Success, NY 11042
                              (516) 328-8899

cc:     all counsel (via CM/ECF)